ORIGINAL

Duration: 1:15
Proceeding via: ☐ CourtCall  ☐ AT&T  ☑ In Person

DOCKET No. 22MAG4184

DEFENDANT Eddy Alexandre

AUSA Jared Lenow

DEF.'S COUNSEL Zawadi Baharanyi
☐ RETAINED  ☑ FEDERAL DEFENDERS  ☐ CJA  ☑ PRESENTMENT ONLY

☐ NONE _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Brady Warning Given

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.

☐ Other: _____

DATE OF ARREST 05/12/2022        ☐ VOL. SURR.
TIME OF ARREST 0600AM            ☐ ON WRIT
TIME OF PRESENTMENT 3:15PM

## BAIL DISPOSITION

☐ SEE SEP. ORDER

☐ DETENTION ON CONSENT W/O PREJUDICE      ☐ DETENTION: RISK OF FLIGHT/DANGER   ☑ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $3 million _____ PRB  ☑ 5 _____ FRP
☑ SECURED BY $_____ CASH/PROPERTY: 2 homes mentioned as well bmw and mercedes _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☑ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ STAND ALONE MONITORING
☑ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS      ☐ GPS
☑ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☑ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

## ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

- 23/7 guard/security guard at home to ensure that plaintiff remains in his home - defendant to pay the cost of this and electronic monitoring
- barred from working in investing/financial industry
- D shall not open any new bank accounts or lines of credit or credit cards without prior approval from PTS
- You will disclose any crypto currency accounts that you do have to PTS and you may not engage in any crypto transactions without prior approval from PTS
- D may not use any funds receive from investors in his Emini business to pay for the costs of monitoring/guard

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY               ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                  ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED        ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 6/13/2022        ☑ ON DEFENDANT'S CONSENT

DATE: 05/12/2022

_Katharine H Parker_
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.