ORIGINAL

Duration: 1:15 /1 hour 15 mn - 1.4 hours

Proceeding via: ☐ CourtCall ☐ AT&T ☑ In Person

DOCKET No. 22MAG4184    DEFENDANT Eddy Alexandre

AUSA ~~Jared Lenow~~ Nicholas Folly / Jared Lenow    DEF.'S COUNSEL ~~Zawadi Baharanyi~~ Emil Bove
☐ RETAINED ☑ FEDERAL DEFENDERS ☐ CJA ☑ PRESENTMENT ONLY

☐ NONE    INTERPRETER NEEDED

☐ Brady Warning Given    ☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST 05/12/2022    ☐ VOL. SURR.
☑ Other: Bail Review Hearing    TIME OF ARREST 0600AM    ☐ ON WRIT
    TIME OF PRESENTMENT ~~3:15PM~~ 10:35 am

**BAIL DISPOSITION**

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☑ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $3 million PRB  ☑ 5  FRP
☑ SECURED BY $_____ CASH/PROPERTY: 3 homes mentioned as well bmw ~~and mercedes~~
☑ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☑ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ STAND ALONE MONITORING
☑ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS ☐ GPS
☑ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☑ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: 5 FRP signbond; PS signs extradition waiver; D braceleted and outfitted w/ monitoring equipment; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

- ~~23/7 guard/security guard at home to ensure that plaintiff remains in his home - defendant to pay the cost of this and electronic monitoring~~
- barred from working in investing/financial industry
- D shall not open any new bank accounts or lines of credit or credit cards without prior approval from PTS
- ~~You will disclose any crypto currency accounts that you do have to PTS and~~ you may not engage in any crypto transactions without prior approval from PTS
- D may not use any funds receive from investors in his Emini business to pay for the costs of monitoring/~~guard~~

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED    ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED    ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 6/13/2022    ☑ ON DEFENDANT'S CONSENT

DATE: ~~05/12/2022~~ 5/26/2022    Katharine H. Parker
    UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016