```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                                                                        :    22 Cr. 326 (JPC)
           -v-                                                          :
                                                                        :    ORDER
EDDY ALEXANDRE,                                                         :
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the Government's letter providing an update regarding the status of discovery as well as jointly proposing a briefing schedule for Defendant Eddy Alexandre's second set of pretrial motions. The proposed scheduled is approved: Defendant Alexandre's second motion is due on December 2, 2022; the Government's opposition is due on December 23, 2022; and Defendant Alexandre's reply, if any, is due on January 6, 2023.

The Court also excludes time from today until March 27, 2023 under the Speedy Trial Act for the purposes of allowing the defense to review discovery, the litigation of pre-trial motions and motions *in limine*, and the preparation for trial. The Court finds that the ends of justice served by that exclusion outweigh the best interest of the public and Defendant Alexandre in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: September 8, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge