

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2022

**BY EMAIL AND ECF**
The Honorable John P. Cronan
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Eddy Alexandre*, 22 Cr. 326 (JPC)

Dear Judge Cronan:

      The Government respectfully submits this letter to request an extension of the Government's time to respond to the defendant's pending pretrial motions, from September 12 to September 16, 2022, which would allow the parties additional time to confer about the defendant's motions. The defendant, through counsel, consents to this requests, but asks that the defense reply date be moved from September 19 to September 23, 2022. This is the Government's first request for an extension of time to file a response.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

      by: _____/s/_____
      Nicholas Folly / Jared Lenow
      Assistant United States Attorneys
      (212) 637-1060 / 1068

cc:  Defense counsel (via ECF)

The Government's unopposed request for an extension of time to respond to Defendant Eddy Alexandre's Motion to Compel is GRANTED. The Government's opposition is due on September 16, 2022; Defendant Alexandre's reply, if any, is due on September 23, 2022.

SO ORDERED.

September 9, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge