```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                                                  :    22 Cr. 326 (JPC)
            -v-                                                   :
                                                                  :    ORDER
EDDY ALEXANDRE,                                                   :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In light of the affidavits that were submitted yesterday, Dkts. 55-56, the deadline for Defendant's second pretrial motion, currently set for December 2, 2022, is adjourned *sine die* pending the resolution of the outstanding issues from Defendant's first motion. Within seven days of the Court's order deciding the remainder of Defendant's first motion, the parties shall meet and confer and submit a revised briefing schedule for Defendant's second motion.

SO ORDERED.

Dated: November 16, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge