UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                            :

UNITED STATES OF AMERICA,           :

                                         :

          -v-                      :        22 Cr. 326 (JPC)

                                         :

                                       :        <u>ORDER</u>

EDDY ALEXANDRE,                :

                                       :

                         Defendant.        :

                                       :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     By January 3, 2023, the Government shall file any affidavits relating to its applications for

search warrants of EminiFX's office and of the phone seized incident to Defendant's arrest—as

referenced in Defendants' motion papers.  *See, e.g.*, Dkt. 51 at 15.  If the Government wishes to

submit the affidavits *ex parte* and for *in camera* review, it may initially make its filing under seal

and *ex parte* along with a written submission explaining why such treatment is appropriate.

     SO ORDERED.

Dated: December 29, 2022
      New York, New York                           _____
                                               JOHN P. CRONAN
                                     United States District Judge