

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 30, 2022

**BY ECF**
The Honorable John P. Cronan
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Eddy Alexandre*, 22 Cr. 326 (JPC)

Dear Judge Cronan:

    As directed by the Court, Dkt. 63, the Government is submitting along with this letter the applications made in support of search warrants for (1) EminiFX's office and (2) the cellphone seized incident to the defendant's arrest, along with copies of the warrants themselves.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

                      by: _____/s/_____
                      Nicholas Folly / Jared Lenow
                      Assistant United States Attorneys
                      (212) 637-1060 / 1068

cc:  Defense counsel (via ECF)