

**CHIESA SHAHINIAN & GIANTOMASI PC**

11 TIMES SQUARE, 34TH FLOOR
NEW YORK, NY 10036

csglaw.com

**EMIL BOVE**
ebove@csglaw.com
(O) 212.324.7265

January 9, 2023

<u>Via ECF and Email</u>
The Honorable John P. Cronan
U.S. District Judge
Southern District of New York

   Re:  <u>**United States v. Alexandre, No. 22 Cr. 326 (JPC)**</u>

Dear Judge Cronan:

   Defendant Eddy Alexandre respectfully requests, with the government's consent, that the Court modify the conditions of Mr. Alexandre's release to permit him to travel to the District of New Jersey. Mr. Alexandre is currently permitted to travel to the Southern and Eastern Districts of New York. The purpose of the requested modification is to allow Mr. Alexandre to meet with counsel at my firm's New Jersey offices in order to prepare for trial. Pretrial Services does not object to this application.

       Respectfully submitted,

       /s/ Emil Bove
       Emil Bove
       Melissa Wernick
       Brittany Manna
       Chiesa Shahinian & Giantomasi PC
       11 Times Square, 34th Floor
       New York, NY 10036
       (212) 324 7265
       ebove@csglaw.com

       *Attorneys for Eddy Alexandre*

Cc:  Counsel of Record
   (Via ECF)

   EDNY Pretrial Services
   (Via Email)

**NEW JERSEY**                  **NEW YORK**