```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
                                                    :
                                                    :
              -v-                                   :   22 Cr. 326 (JPC)
                                                    :
EDDY ALEXANDRE,                                     :   ORDER
                                                    :
                    Defendant.                      :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 29, 2022, Defendant filed an Affidavit in support of his Motion to Compel. Dkt. 41. Defendant requested that Exhibit M to the Affidavit be "maintained under seal, temporarily, in order to give the prosecutors an opportunity to seek further sealing based on considerations that Mr. Alexandre is not in a position to evaluate." Dkt. 40 at 22 n.2. Defendant also redacted a portion of his brief in support of the Motion that discussed Exhibit M. Similarly, Defendant also filed Exhibit C to his Reply in support of his Motion "under seal, temporarily, in order to give the prosecutors an opportunity to seek further sealing." Dkt. 51 at 16 n.11. To date, the Government has not sought further sealing of these documents, and upon review, the Court has not identified an independent reason for these documents to remain under seal. Accordingly, unless the Government indicates its intention to request sealing of these documents by January 19, 2023, Defendant shall publicly file these exhibits and an unredacted version of his brief in support of his Motion, Dkt. 40, on the docket no later than January 23, 2023.

Additionally, by January 19, 2023, the Government shall file a letter updating the Court as to the status of its discovery production, including whether the Government has completed its review of the electronic devices seized from EminiFX and, if so, when that review concluded. *See* Dkt. 50 at 35.

SO ORDERED.

Dated: January 17, 2023
      New York, New York

_____
JOHN P. CRONAN
United States District Judge

2