```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA,                                 :
                                                          :
         -v-                                              :
                                                          :       22 Cr. 326 (JPC)
EDDY ALEXANDRE,                                           :
                                                          :       PRETRIAL ORDER
                                    Defendant.            :
                                                          :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

   The Court has scheduled trial to begin in this case on March 27, 2023. Should the Government seek disclosure concerning Defendant's expert witnesses pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C)(i), or should Defendant seek disclosure concerning the Government's expert witnesses pursuant to Rule 16(a)(1)(G)(i), that party shall request that disclosure by February 1, 2023. If requested, that disclosure shall be provided by February 15, 2023. The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by February 15, 2023. By February 24, 2023, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* also shall be filed by February 24, 2023, with oppositions to those motions due by March 3, 2023. The Court also directs the parties to Part 7 of its Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500.

   The Court will hold a Final Pretrial Conference on March 14, 2023, at 11:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: January 26, 2023
      New York, New York

                                              JOHN P. CRONAN
                                    United States District Judge