

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 14, 2023

**BY ECF**
The Honorable John P. Cronan
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Eddy Alexandre*, 22 Cr. 326 (JPC)

Dear Judge Cronan:

The Government does not oppose the defendant's proposed bail modification that was made to the Court on February 10, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Nicholas Folly / Jared Lenow
Assistant United States Attorneys
(212) 637-1060 / 1068

cc:  Defense counsel (via ECF)

Defendant's unopposed request for bail modification is granted.  Defendant's bail is modified to (1) no longer include a requirement that he remain on house arrest, and (2) that Defendant be subject to strict supervision and location monitoring as deemed necessary by Pretrial Services.

SO ORDERED.

February 14, 2023
New York, New York

JOHN P. CRONAN
United States District Judge