UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-                                        22 Cr. 326 (JPC)

EDDY ALEXANDRE,                               ORDER

                 Defendant.

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Based on the application of Defendant and non-objection from the Government, Defendant's bail condition is modified from location monitoring with home detention to Stand Alone Monitoring with GPS. All other conditions remain in place.

    SO ORDERED.

Dated: February 15, 2023
       New York, New York

                                                         JOHN P. CRONAN
                                             United States District Judge