```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                                                                 :
                        -v-                                      :    22 Cr. 326 (JPC)
                                                                 :
EDDY ALEXANDRE,                                                  :    ORDER
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Defendant's sentencing hearing, currently scheduled for July 18, 2023, at 4:00 p.m. is adjourned to July 18, 2023, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: July 10, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge