UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                                                                                 :

UNITED STATES OF AMERICA,                              :

                                                                          -v-                                                    :                22 Cr. 326 (JPC)

EDDY ALEXANDRE,                                         :                     <u>ORDER</u>

                                 Defendant.                              :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Two of the correspondences submitted by Defendant appear to be in a foreign language without an accompanying translation: an email from Marie M. Bruny Thomas, Dkt. 86-3 at 132, and an email from Jemps Maigan, Dkt. 86-5 at 316.  In the event Defendant wishes that the Court consider those emails at sentencing, Defendant shall file translations of those emails by July 18, 2023, at 12:00 p.m.

        SO ORDERED.

Dated: July 17, 2023
       New York, New York                                                   JOHN P. CRONAN
                                                                                 United States District Judge