UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                      :

UNITED STATES OF AMERICA,         :
          :
          :

         -v-          :         22 Cr. 326 (JPC)
          :

EDDY ALEXANDRE,         :        ORDER
          :

         Defendant.    :
          :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Attached to this Order are several letters and emails that the Court has received and reviewed from various individuals concerning Defendant's sentencing.

      SO ORDERED.

Dated: July 17, 2023
      New York, New York

_____
              JOHN P. CRONAN
           United States District Judge

███████████
███████████

April 7, 2022

███████████

US District Court for the Southern District of New York
500 Pearl St, New York, NY 10007

███████████

My name is ███████████ I'm one of the many proud members of EminiFX. I've been patiently waiting for you and your team to properly and effectively calculate the funds that should be returned to me and the members of EminiFX investment club.

Prior to you and your colleagues take over, we were doing just fine. We never asked you nor anyone else from your circles to intervene for us. Every one of us was fully aware of the potential risks involved in investing our hard-earned money in EminiFX. You may already know or have been taught in your professional career, there's no such thing as a zero-risk investment. There's always a risk.

I for one do not need you nor your colleagues to determine the type of risk that I'm willing to take with my hard-earned money. I understand that we have a system of law and processes that we all must follow to ensure justice is served. Although, in the same token it appears that those laws are being held hostage and taken advantage of by individuals like yourself and your colleagues who are placed in charge of helping all of us to adhere to those rules of law.

Within a matter of 3 to 4 months of CEO Eddy Alexandre arrest, you and your team have liquidated all of our assets (real estate, cars, high tech computer systems, etc...) for pennies on the dollar. Those assets should have been stored and held on to by you and your team until the court system would have reached a final outcome. You and your team were quick to liquidate while a supposed investigation is still in place. To make matters worse, you and your colleagues had the nerve to request to be paid over 1 million dollars for the horrible job you did in protecting our assets.

There's a lot more I could say about this whole blunder and injustice from your side of the operation, but I'll stick to the real reason why I'm even sending you this letter.

I have no idea as to how you are calculating nor as to how you and your team are defining as to who gets what amount, as many of our initial investments along with active/positive balance prior to seizure varied. But instead of speaking for everyone else, I will only speak for myself.

Had you and your colleagues not interrupted our positive flow of business, I was projected to have a positive net of $1.5 million by next year 2024. Whenever I would get my 5 to 9% weekly returns, I reinvested it to ensure that $1.5 million goal is achieved within the coming year.

If I were to calculate my positive cash balance right now prior to the seizure of our investment club, I should have a positive net cash flow of $119,199.50. This is based on a 5% weekly return although there were times when the weekly returns were over 5%. But for the sake of simple math, I kept it at 5%.

Since you all were stating that you performed this seizure with our best interest at heart, I don't see how we as member's are going to have a positive cash return when the amount that's left over in the investment account is so much less than it had the potential to have in it right now.

Either way, this is America, which means bills don't stop coming in. A lot of obligations must be met and cared for. I can no longer sit back and wait for you and your team to figure it all out. I need my distribution portion returned to me like yesterday.

In closing, I'm expecting a return of no less than $60,000 to $120,000 from your office. I do not want a bank deposit. I much rather have my returns in the form of a cashier's check. I never asked for you all to make decisions for me and so I would appreciate it if you and your team could stop meddling in my/our business endeavors in the near future.

Once everything is settled, I prefer not to have any further contact with you nor your colleagues. You can find my address on the envelope that carried this message to you.

Sick and tired,

CC: HON. JOHN P. CRONAN
US District Court for the Southern District of New York
500 Pearl St, New York, NY 10007



Services:
UPS Next Day Air®
UPS Worldwide Express™
UPS 2nd Day Air®

Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.

US POSTAGE AND FEES PAID
FIRST-CLASS
Apr 08 2023
ZONE 5 NO SURCHARGE
10842767
CommercialBasePrice

062S0014949918

**FIRST-CLASS PKG SVC**

0006

SHIP TO:
**US DISTRICT COURT**  /JOHN P. CRONAN
**500 PEARL ST**
**SOUTHERN DISTRICT COURT OF NY**
**NEW YORK NY 10007-1316**

**USPS TRACKING #**

**From:**
**To:** Cronan NYSD Chambers
**Subject:** Case #: 1:22-cr-00326-JPC
**Date:** Tuesday, March 7, 2023 2:41:12 PM

**CAUTION - EXTERNAL:**

NAME:

Greeting Honorable, Judge John Peter Cronan
Your Honor,

It took me a little while to send this email, however, I felt compelled to do so after what this man Mr. Alexandre did to my family and myself.
Your Honor, this man destroyed an entire community with his elaborated lies. He used the people's weakness such as God and the Bible to lure them in and ultimately rob us of our hard earn money. My family lost over a half of a million dollars in this Ponzi Scheme. Mr. Alexandre destroyed family. Broke marriages. separated children with parents. He caused people becoming homeless. We even heard people were trying to commit suicide due to this man elaborated lies. Calculated plan to defraud us. And well thought plan to fraudulently lure us in to bring money to him.
Your Honor, 10 years prison sentence would not have been enough to compensate Mr. Alexandre harm to the community, however, it is a start of his judgement day. Because I do believe that God is not done with him. "No one making a Mockery of God will go unpunished; No one."
I hope Your Honor, this man spend every single days and nights of his 10 years sentence without seeing a day of light.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**  ▮▮▮▮▮▮
**To:**  Cronan NYSD Chambers
**Subject:**  Withdrawal of Support
**Date:**  Sunday, June 4, 2023 9:10:43 AM

**CAUTION - EXTERNAL:**

Case #: 1:22-cr-00326-JPC

Dear Honorable Judge John P. Cronin,
I respectfully request to withdraw my support to defendant Mr. Eddy Alexandre in the above listed case. Your Honor, I was completely blindsided by this man charisma and ruse when me, my family and friends threw our support behind him without knowing all the facts related to this case. Your Honor, I am now 100% convinced that everything Mr. Alexandre has said to us was all lies and the business was a complete and fabricated scheme. Due that effect your Honor, I am withdrawing my support to this man and asking the court to punish him to the fullest of the law for his crimes.
Respectfully,
▮▮▮▮▮▮

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**          ▮▮▮▮▮
**To:**            Cronan NYSD Chambers
**Subject:**       Dear judge Cronan
**Date:**          Tuesday, June 13, 2023 5:26:12 AM

**CAUTION - EXTERNAL:**

My name is ▮▮▮ I'm an Eminifx investor, few months ago I was told by Mr. Bove Eddy
Alexander's lawyer that I needed to write a letter on his behalf so he can get less time.
Well after everything that happened to me and my family I would like to withdraw my support
letter that they force me to submit to the court.
Because I found out Mr. Eddy Alexandre is still taking/ stealing money from our poor
community. Mr. Eddy is a scamer the government was right about everything.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

**From:**      [REDACTED]
**To:**        Cronan NYSD Chambers
**Subject:**   To Judge Cronan
**Date:**      Tuesday, June 13, 2023 5:38:19 AM

**CAUTION - EXTERNAL:**

Mr. Judge Cronan I would like to withdraw  removed my support letter for Eddy Alexandre.
He is a scamer and a liar. He recently took some money to invest from my cousin, that was
march the 12th at his office, he stole the money and stated it was the market that stole it they
go to the same church. I'm so tired of Mr. Eddy ponzi scam. Eddy Alexander makes sure to
take cash money only. This man deserves 40 years in jail. The Haitian community is hurt
badly because of Eddy Alexandre.


Sincerely [REDACTED]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

**Cronan NYSD Chambers**

**From:** ███████████████████████
**Sent:** Saturday, June 17, 2023 4:53 PM
**To:** Cronan NYSD Chambers
**Subject:** My name is ███████████ I am a nurse I been in the state for over 30 years I work super hard as a nurse I have a daughter after I finish praying talk to my God I come to you because after God is you I invested in Eminifx because I have lots of friend...

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1



Greetings Ma'am,

I have no choice but to contact your office in regards to this con artist Mr. Eddy Alexandre. First of all, my name is ▆▆▆▆▆▆▆▆. I am an investor with EminiFX, the Ponzi Scheme he by himself created and operated until the date the FBI moved in to stop the bleeding. My family and I invested over half of a million dollars in this scheme. I am contacting you because the man Mr. Alexandre, as we speak right now continues to defraud the community with his Christian face but the devil lives inside this man. I contacted CFTC and spoke with Mr. Snodgrass. I provided him a handful of witnesses and new victims of this man. Mr. Snodgrass put all of us in contact with the FBI. I send Agent Conroy a bunch of evidence showing Mr. Alexandre in group meetings, allegedly showing people how to trade. I sent evidence showing him created millionaire Challenge Club to which he convinced people to invest and he will make them a millionaire. There is a credible witness he went to her home defrauded her of 67,000 dollars then engaged in a romantic relationship with her by deceitful. She as well spoke on the record with CFTC. All this happens after Mr. Alexandre pleaded guilty for running a fraudulent enterprise on February 10, 2023 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Mr. Alexandre hid a significant amount of cash money he stole from investors while operating the criminal enterprise. Mr. Alexandre has a little brother name Levy Alexandre. He fled the United States of America since 2010 for defrauding a handful of people of their mortgages fund, credit card fraud,  false pretend and misrepresentation. Right now, his little brother lives in Santiago Chili in the South America, after he fled Haiti in 2015 in an attempt to avoid going to prison due to his criminal behavior in Haiti. This Levy Alexandre has a YouTube Channel he operates from Chili where he posted every weekend false and fabricated information about anyone who complained about his brother Eddy behavior. This Levy Alexandre posted people information as far as address,  names, date of birth, and social security number.  This guy claimed he has every single investor's information. We are 100% convinced that Mr. Eddy Alexandre gave that information to his brother.

Ms. Olsen, I will do everything and anything to help stopping this man from further victimizing the victims.
PLEASE, HELP US STOP THIS CON MAN
Sent from Samsung Galaxy smartphone.
Get Outlook for Android

**From:**
**To:**            Cronan NYSD Chambers
**Subject:**       Case #: 1:22-cr-00326-JPC
**Date:**          Tuesday, March 7, 2023 2:41:12 PM

**CAUTION - EXTERNAL:**

NAME: ███████████████████████

Greeting Honorable, Judge John Peter Cronan
Your Honor,

It took me a little while to send this email, however, I felt compelled to do so after what this man Mr. Alexandre did to my family and myself.
Your Honor, this man destroyed an entire community with his elaborated lies. He used the people's weakness such as God and the Bible to lure them in and ultimately rob us of our hard earn money. My family lost over a half of a million dollars in this Ponzi Scheme. Mr. Alexandre destroyed family. Broke marriages. separated children with parents. He caused people becoming homeless. We even heard people were trying to commit suicide due to this man elaborated lies. Calculated plan to defraud us. And well thought plan to fraudulently lure us in to bring money to him.
Your Honor, 10 years prison sentence would not have been enough to compensate Mr. Alexandre harm to the community, however, it is a start of his judgement day. Because I do believe that God is not done with him. "No one making a Mockery of God will go unpunished; No one."
I hope Your Honor, this man spend every single days and nights of his 10 years sentence without seeing a day of light.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | |
|---|---|
| To: | Cronan NYSD Chambers |
| Subject: | Eddy Alexandre sentence - EminiFX fraud case |
| Date: | Tuesday, July 4, 2023 5:07:22 AM |

**CAUTION - EXTERNAL:**

Honorable John P. Cronan

District Judge

Southern District of New York

500 Pearl Street

New York, New York 10007


Your honor:

Happy 4th of July! I hope you are doing wonderful and allow me to thank you for your services to the great state of New York and to the United States of America as a whole. The goal of my letter today is to ask you for a huge favor. Before I get into it, allow me to say that I am an immigrant from Haiti coming from a poor family background but with honor and dignity. In fact, I joined EminixFX after countless lies by Eddy Alexandre and his crew. He has hired people from the Seven-day Adventist church to entice people into joining his criminal enterprise EminiFX. Those people took pleasure to lie and get us to invest our hard-earned money. 62,000 people have been defrauded by his scams and have their lives changed forever. I have close friend and family members that are in a very hard situation due to his actions. I have hit very hard by this. In fact, I ended up having to work a second job overnight on top of my daytime job. Although many people advised me that could have some health implications, I can't stop because I must honor and meet some financial commitments after being scammed by Eddy Alexandre.

All of this is because of being defrauded by this con artist who pretends to be a savior when all along he knew what he was doing. My life has completely changed due to his actions. I took a loan against my 401k and two from Marcus just because I believe in what he portrayed to be true. Now that I am a victim of his actions, I ended up having to pay those loans that I have and never will benefit from. I must add that my brother invested over 200 thousand dollars (he is a truck owner/driver who spent countless time away from his family) and lost it. The most outrageous in all of this is that two of my friends who were battling breast cancer ended up being victims of his actions. There maybe more people with critical conditions that are victimized by him as well. He acted so inhumane that I believe he deserved to be jailed for the rest of his life or at least until everyone got their money back from him. In addition, I believe he committed perjury as he stands in front of you stating that he acted alone, which is not true. He has enlisted people from everywhere to help him defraud 62,000 people. Your honor, I hope that my letter makes his way to your desk, and you get to review his soliloquy in court when he finally pleaded guilty. Eddy Alexandre is a liar and a criminal. Eddy Alexandre must go away for a very long time for having to defraud and destroy way too many lives.

This guy shouldn't only take up to 10 years your honor as the damages done by him are affecting other for more than 10 years.

It's 3:35am on the east coast right now, I am supposed to be in bed and yet, I am working my second job just because I must pay back the loans I took and be able to afford my other bills as well. Eddy Alexandre has shown no regards for his actions. He just wants some leniency of your part and enjoy the money stolen from others to have his best life later on. This should not be allowed as way too many people got victimized by his selfish actions. Therefore, your honor, I would like Eddy to be sentence for life.

Sincerely,



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**
**To:** <u>Cronan NYSD Chambers</u>
**Subject:** EminiFX
**Date:** Friday, July 7, 2023 9:38:51 AM

CAUTION - EXTERNAL:



Your honor, my name is [REDACTED]. I was a member of Eminifx investment, that Eddy Alexandre was the CEO. The reason for this letter is to ask you to please disregard a previous letter that I sent you in good faith for Eddy Alexandre.

It occurred to me that  Eddy was using his faith base to mislead us in the Haitian community including myself, Eddy is not the person he claimed and showed to be. I trusted him with my investment because he was a man of God, who was serving his community, but he was taking advantage of that aspect, him including of other Seventh Day Adventist pastors to mislead me and others to invest in his investment club. Please my honor, I am asking you to execute your full power to make this guy pay for what he has caused in my life and my family and mostly the Haitian Community.

Thank you for your time, your understanding to hear me.

Sincerely,

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**
**To:**          Cronan NYSD Chambers
**Subject:**     Fwd: Good evening your Honor.
**Date:**        Thursday, June 15, 2023 4:29:59 PM

**CAUTION - EXTERNAL:**

---------- Forwarded message ---------
From: █████████████████████████████
Date: Thu, Jun 15, 2023, 4:26 PM
Subject: Good evening your Honor.
To: <CronanNYSDChambers@nysd.uscourts.gov>

    Good evening your honor, my name is ████████████, I'm an Eminifx investor.
I was told by Mr.Emile Bove Eddy Alexandre's lawyer on February the 16th at 10:30am.
105 Eisenhower Pwy in Roseland, New Jersey. It was five of us including Eddy's Pasteur
Smith Olivier that came late, total six members.
  That I needed to encourage other members to write letters for Mr. Eddy Alexandre " the liar"
so he can get less time than he deserved. PLEASE I'm begging you to withdraw my letter,
because he is a scamer, a manipulater, user, heartless human being. I encourage hundreds of
people to write letters on his behalf, im feeling so guilty. Eddy Alexandre told us that it was
the receivership that stole our money but that's a lie. Mr. David Casteman don't deserve what
we did a front of the court house, telling him that we are very sorry about what we did with his
pictures. As a matter of fact the American government saved us from Eddy Alexandre.
  Please again give Eddy Alexandre at least 30 years or more for what he did to the Haitian
communities and church members. After everything that happened he is still taking money
from Eminifx members, he took $17,000 from ██████████████ September last year,
promised him that he can make him become a millionaire within three months, comes to find
out he was just using him to bring people to the court. He needs to return the $17,000 back to
the poor man. He's house is on foreclosure because of Eddy Alexandre.


    Sincerely, ████████████
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

**From:**        ███████
**To:**           Cronan NYSD Chambers
**Subject:**    Good evening your Honor.
**Date:**       Thursday, June 15, 2023 4:26:46 PM

**CAUTION - EXTERNAL:**

    Good evening your honor, my name is ███████████, I'm an Eminifx investor.
I was told by Mr.Emile Bove Eddy Alexandre's lawyer on February the 16th at 10:30am.
105 Eisenhower Pwy in Roseland, New Jersey. It was five of us including Eddy's Pasteur
Smith Olivier that came late, total six members.
  That I needed to encourage other members to write letters for Mr. Eddy Alexandre " the liar"
so he can get less time than he deserved. PLEASE I'm begging you to withdraw my letter,
because he is a scamer, a manipulater, user, heartless human being. I encourage hundreds of
people to write letters on his behalf, im feeling so guilty. Eddy Alexandre told us that it was
the receivership that stole our money but that's a lie. Mr. David Casteman don't deserve what
we did a front of the court house, telling him that we are very sorry about what we did with his
pictures. As a matter of fact the American government saved us from Eddy Alexandre.
 Please again give Eddy Alexandre at least 30 years or more for what he did to the Haitian
communities and church members. After everything that happened he is still taking money
from Eminifx members, he took $17,000 from ██████████████ September last year,
promised him that he can make him become a millionaire within three months, comes to find
out he was just using him to bring people to the court. He needs to return the $17,000 back to
the poor man. He's house is on foreclosure because of Eddy Alexandre.


  Sincerely, ████████████.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**
**To:**        Cronan NYSD Chambers
**Subject:**   Le Monsieur Juge
**Date:**      Sunday, July 9, 2023 7:58:10 AM

**CAUTION - EXTERNAL:**

   votre honneur Eddy nous a dit que la lettre qu'il vient de vous écrire pour demander pardon est un mensonge parce que son avocat lui a dit de le faire.

Je suis très confus, il m'a dit au téléphone que c'est comme ça qu'il faut manipuler le système américain. S'il vous plaît, votre honneur, dites-moi la vérité. cet homme m'a pris 50 000 $ en prêts.

 le pire encore, il m'a encore pris 12 000 $ en janvier 2023, il m'a dit qu'il voulait m'aider à récupérer mes 50 000 $ que j'ai perdus avec Eminifx il ma volés une deuxième fois. Le FBI m'a appelé mais je suis peur pour venir faire une déclaration, je suis sacré qu'il puisse me tuer.

Sincerely

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



June 16, 2023

Via First Class US Mail &
**Email:** CronanNYSDChambers@nysd.uscourts.gov

Honorable John P. Cronan
District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Eddy Alexandre**
<u>**Case No.: 22-CR-00326-JPC**</u>

Dear Judge Cronan:

I am writing on behalf of the 62,000 people whom Mr. Alexandre had robbed of their future. Mr. ALEXANDRE, aided and abetted by many unindicted co-conspirators, devised the most sophisticated Ponzi Scheme in the history of the Haitian American community, causing irreparable arms to thousands of families. With the assistance of at least a 100 religious leaders from the Seventh Day Adventist Church using EminiFX as a criminal enterprise, Eddy Alexandre collected well over $500 million dollars from the Haitian community.

Since the arrest of Mr. Alexandre, I have been providing information to the community about the case via my Youtube Channel, and Mr. Alexandre and his underlings from EminiFX continue to spread lies about the case and the crime he committed. He continues to raise money from gullible investors in violation of your order to cease and desist such activity. Because of those lies some people from his church continue to support him. But the great majority of the people he defrauded does not support him.

In the last few months, I have spoken to hundreds of people who told me their story about how they were coerced by their pastors to invest in EminiFX. One 68 years old woman invested her entire life saving and is now homeless. A 51 year old single mother of two teenagers mortgaged her home to invest in EminiFX because her pastor told her it was a good idea, and her house is now being foreclosed on because she is unable to pay her mortgage. There are thousands of similarly situated people who have been hurt by Eddy Alexandre. The community considers Eddy Alexandre a sociopath, a financial terrorist who used the Church and the bible to terrorize them.

On behalf of the victims, I am asking the court to sentence Eddy Alexandre to the maximum sentence possible. The court should set an example so others would learn that this kind of criminal behavior is unacceptable and will be severely punished.  To sentence Mr. Alexandre to anything less than 10 years in prison would not only revictimized the victims, but it will send a terrible message to the community that it is acceptable to rob 62,000 people of their life savings and expect the court to show mercy with a light sentence.  Eddy Alexandre deserves no mercy because he is a sociopath. We are asking this court to sentence Eddy Alexandre to 10 years in prison.

Respectfully,



6/19/2023

**To:**

**US Prosecutors**:          AUSA  Nicholas Folly
                             Email:  nicholas.folly@usdoj.gov

                             AUSA  Jared Lenow
                             Email:  jared.lenow@usdoj.gov

**Attorney for Defendant**:   Emil Bove
                             Email:  ebove@csglaw.com

**Case**:                    22-CR-00326-JPC

**Re**:                      Letter by ████████ to the Honorable Judge John P. Cronan

Greetings.

My name is ██████████ , the single ████████████ of the defendant in this case, Eddy
Alexandre. For the record, I am stating I am not a member of the EminiFX administration, I was
never involved with the EminiFX administration. Furthermore, I am filing this independently and
prose, whereas, at no time, I have never communicated either with Eddy or his legal
representative whether directly or indirectly, in regards to the foregoing matter. I am coming
forward on my own account based on my observation as an investigative reporter on the case
and based on my conscience.

This letter is to express my intent to submit a **"Leave to File a Amicus Curiae Brief for an
Emergency Restraining Order Against ████████████"**. Although we have passed motions
time in this case, this late request is justified because ████████ actions represent a grave threat
to public interest, with such severity that not issuing a restraining order could create irreversible
injuries to justice.

Wherefore, I will come before the court on Friday, June 23, 2023 to allege the following in
essence:

1. My name is ██████████ and my interest to the case is threefold: I am a member of EminiFX, a family member, and an active reporter on both EminiFX and a major conspiracy case that may involved ████████████;

2. I was subjected to death threats both implied and expressed online because of my reporting on the case, by ██████████████, a top sponsor in the EminiFX case;

3. I was subject to a campaign of intimidation by a police officer, ████████████████, who is a top sponsor in the EminiFX case. He launched a denigrating campaign against me, in a apparent attempt to discourage me from coming forward and testify of the crimes I saw;

4. On June 15, 2023, I received a few news tips concerning the copy of a letter issued by ████████████ "The Letter", to be filed on June 16, 2023. (See Exhibit A)

5. Upon reading the letter, I became alarmed due to the amount of misrepresentations included and the hatred.

6. ████████ has no legal standing because he's not a member, affiliates or client of EminiFX and he's not an attorney admitted to appear before this court.

7. I am a witness to a series of crimes allegedly, both at the federal and state level, which all amount to the level of a major fraud conspiracy to defraud "The Conspiracy", involving the following:

   a. A Class-action lawsuit in the Southern District of Florida (See Joseph v. CGC, Case no.: 23-21552-Civ-Scola) created under fraudulent pretenses, "The conspiracy";

   b. The following people have been identified at this stage as principal co-conspirators:

      i. ██████████████ an ex-con, disgraced attorney living in New York and the Washington State

      ii. ██████████████ a former haitian cop who may have abandoned his post without proper administrative leave, who resides GA

      iii. ██████████████████ a psychiatrist and New York Resident

iv. ███████████ A nurse and Washington resident

v. ████████████ A realtor, journalist, and New York resident

c. █████, who lost both his license in 2009 and 2010, has been legally consulting potential plaintiffs while promising to at least one witness a guarantee of success in exchange for an upfront payment to be made by the targeted victim $1,000 to one of the licensed Attorneys involved in the matter.

d. ██████ has used the same emailed listed in the letter to Judge Cronan, ██████████████ as email contact in the course of negotiating the $1,000 on behalf of the listed licensed attorney and as public contact for the Class action lawsuit;

e. For about 12 months, ██████ has used at least 3 social media platforms (YouTube, Telegram and Twitter) to misrepresent himself as an attorney. (See attached twitter page screenshot in Exhibit B)

f. I have listened to two audio clips of 2 calls recorded this year in 2023, which is at least 10 years since ██████ had lost both of his law licenses, placing ████ in a call with a targeted defendant in the Conspiracy, whom he threatened to sue unless said person fully cooperated and told him the truth. Among many legal claims made during these 2 calls, ██████ confirmed he was an attorney at the time of the call. When asked which bar he was affiliated with, he replied: New York and Florida Bar. The respondent of the call is a New York resident and did not require the permission of ██████ at that time to record the call. I was given written authorization by the respondent to use this call.

8. The letter presented by ██ ██████ is part of evidence of a conspiracy to defraud the United States with the letter service as an artifice in the form of a massive P.R. stunt, in an attempt to instrumentalize the Justice system and the great mother court prestige, as a boost for his current conspiracy which may be unraveling. The initial conspiracy is facing the following major roadblocks whereas ██████ may feel desperate to make a big public show of force through the artifice of the letter to the judge as a way to appease his victims:

a. Eddy Alexandre, through his attorney, alleged they would oppose the lawsuit. (See Exhibit C)

b. The appointed receiver on the subsequent civil matter, David A. Castleman, through his website, denounced the class action lawsuit as a violation of the injunction in place and publicly stated he did not endorse such a lawsuit. (See Exhibit D)

c. Judge Caproni, presiding over the civil case, did not approve the initial request for Leave by the attorneys in the Class Action, while directing them to submit a formal motion to intervene.

d. I have been reporting negative news online that are exposing major irregularities related to the actions of ▮▮▮▮▮ in connection with the case, while I finalize a final news report on the Conspiracy case.

9. In fact, several times in the week prior to sending the letter, ▮▮▮▮ has been heavily promoting this letter on social media, announcing to his viewers of his plan to send a letter to the judge, while offering the legal advice of directing them to use his same arguments or even use his letter as boilerplate for their filing. Languages contained in the letter lend credence to the conspiracy greatly.

10. I am in possession of a wide range of evidence, ranging from interviews with witnesses, recorded audio of calls, recordings from his various public appearance online and interaction with the community that will all when taken as a whole may show probable cause for the following willful criminal offenses:

a. Fraud by deceit

b. Conspiracy

c. Witness tampering

d. Obstruction of justice

e. Hate crime promotion

f. Unlicensed practice of law at the expenses of vulnerable members of the EminiFX community

g.  Wire fraud

11. Everything I plan on alleging in the Amicus Curiae is supported by evidence I have collected over the course of the investigative news reporting, which all allege serious crimes being committed.

An emergency restraining order will accomplish the following:

1. Prevent ▓▓▓▓ from further representation of being an attorney to members of the EminiFX community while he is not an attorney, either by stating he's an attorney, by representing that he's working with parties to the case, guaranteeing them success in subsequent lawsuits, assessing their legal rights, and directly interfering with the sentencing proceeds by telling potential witnesses how to testify in ways that arrange the long-game of ▓▓▓▓ which is to succeed in his class action lawsuit plan.

2. Prevent ▓▓▓▓ from continuing to promote hatred and violence towards Eddy and his family due to their ethnicity, origins; To stop promoting hatred against 7th-Day Adventist for the sole benefits of advancing with his conspiracy plan.

3. Prevent from intervening further on the case in courts or at any official capacity while he has no legal standing.

4. Preserve the witness pool from further corruption or undue influence, for justice and public interest.

This is an emergency of the highest order because as per ▓▓▓▓ own admission:

1. He is illegally and willfully interfering with hundreds of potential witnesses whom he seems to perceive as easy targets based on his profiling: Single immigrant senior citizens from EminiFX.

2. He speaks with them very often and instructs them regularly on his YouTube Channel.

These are the same witnesses whose testimonies, The Honorable Judge Cronan will need to rely on to decide on the appropriate sentencing for Eddy Alexandre, not knowing, that these same people's mind, most of whom are probably a victim of ▓▓▓▓ conspiracy may have been poisoned by a serial offender who seems to stop at nothing to achieve his purpose,

including attempting to use the Southern District of New York to advance a fraud conspiracy – The same court where he was convicted, 10 years earlier.

I would appreciate a response wherever possible by 5pm E.T. on Thursday, June 22, 2023, on whether or not you plan on opposing this Emergency Motion.

I hereby certify under the penalty of perjury that everything contained in this letter is true to the best of my abilities.

Respectfully submitted,



6/19/2023

DocuSign Envelope ID: 64F607E8-2EEA-4E05-B256-9AA67952A3B

# EXHIBIT A



June 16, 2023

Via First Class US Mail &
**Email:** CronanNYSDChambers@nysd.uscourts.gov

Honorable John P. Cronan
District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Eddy Alexandre**
**Case No.: 22-CR-00326-JPC**

Dear Judge Cronan:

I am writing on behalf of the 62,000 people whom Mr. Alexandre had robbed of their future. Mr. ALEXANDRE, aided and abetted by many unindicted co-conspirators, devised the most sophisticated Ponzi Scheme in the history of the Haitian American community, causing irreparable arms to thousands of families. With the assistance of at least a 100 religious leaders from the Seventh Day Adventist Church using EminiFX as a criminal enterprise, Eddy Alexandre collected well over $500 million dollars from the Haitian community.

Since the arrest of Mr. Alexandre, I have been providing information to the community about the case via my Youtube Channel, and Mr. Alexandre and his underlings from EminiFX continue to spread lies about the case and the crime he committed. He continues to raise money from gullible investors in violation of your order to cease and desist such activity. Because of those lies some people from his church continue to support him. But the great majority of the people he defrauded does not support him.

In the last few months, I have spoken to hundreds of people who told me their story about how they were coerced by their pastors to invest in EminiFX. One 68 years old woman invested her entire life saving and is now homeless. A 51 year old single mother of two teenagers mortgaged her home to invest in EminiFX because her pastor told her it was a good idea, and her house is now being foreclosed on because she is unable to pay her mortgage. There are thousands of similarly situated people who have been hurt by Eddy Alexandre. The community considers Eddy Alexandre a sociopath, a financial terrorist who used the Church and the bible to terrorize them.

On behalf of the victims, I am asking the court to sentence Eddy Alexandre to the maximum sentence possible. The court should set an example so others would learn that this kind of criminal behavior is unacceptable and will be severely punished.  To sentence Mr. Alexandre to anything less than 10 years in prison would not only revictimized the victims, but it will send a terrible message to the community that it is acceptable to rob 62,000 people of their life savings and expect the court to show mercy with a light sentence.  Eddy Alexandre deserves no mercy because he is a sociopath. We are asking this court to sentence Eddy Alexandre to 10 years in prison.

Respectfully,

# EXHIBIT B



# EXHIBIT C



CHIESA SHAHINIAN & GIANTOMASI PC

105 EISENHOWER PARKWAY
ROSELAND, NJ 07068

csglaw.com

**EMIL BOVE**
EBOVE@csglaw.com
(O) 212.324.7265

May 24, 2023

<u>Via Email</u>
Wil Morris
Morris Legal, LLC
4800 Hollywood Boulevard
Miami, Florida 33137
Email: wilm@morrislegalfla.com

Ralph Francois
Francois & Associates, PC
2800 Biscayne Boulevard
Hollywood, Florida
Email: Lawyerfrancois@gmail.com

Re:   <u>Lorfils, et al. v. Alexandre, et al., No. 23 Civ. 21552 (S.D. Fla.)</u>

Dear Mr. Morris and Mr. Francois:

I am writing to inform you that the above-referenced case violates a preliminary injunction in the Southern District of New York, and to respectfully request that you voluntarily dismiss the case pursuant to Rule 41 of the Federal Rules of Civil Procedure <u>by May 30, 2023</u>.

By way of background, I represent Eddy Alexandre in two cases in the Southern District of New York: *United States v. Alexandre*, No. 22 Cr. 326 (JPC), and *CFTC v. Alexandre, et ano.*, No. 22 Civ. 3822 (VEC). Although you have not served Mr. Alexandre in connection with your case in the Southern District of Florida, I understand that you represent the plaintiffs in that case and that you have named Mr. Alexandre and EminiFX as defendants.

On June 15, 2022, the Honorable Valerie E. Caproni, District Judge in the Southern District of New York, entered the enclosed Preliminary Injunction in the *CFTC* case. As relevant here, paragraph 55 of the Preliminary Injunction provides:

Except by leave of the Court, during the pendency of the receivership ordered herein, . . . all other persons and entities are stayed from taking any action . . . to establish or enforce any claim . . . against . . . the Defendants . . . .

In the past, Judge Caproni and Receiver David Castleman have worked to enforce this provision of the Preliminary Injunction so that relevant assets of EminiFX and Mr. Alexandre can be distributed to claimants by the Receiver in an orderly fashion, with appropriate oversight by Judge Caproni based on her familiarity with these proceedings and the interests they implicate. For example, in August 2022, Judge Caproni entered the enclosed Order To Show Cause requiring, among other things, third-parties who had commenced an arbitration against Mr. Alexandre to demonstrate why they should

May 24, 2023
Page 2

not be held in contempt for violating the anti-litigation provision of the Preliminary Injunction. Although Judge Caproni ultimately decided not to impose sanctions, the Court enforced the Preliminary Injunction to enjoin the arbitration.

To my knowledge, Judge Caproni has not authorized your lawsuit. Today, the Receiver posted the following on the website https://www.eminifxreceivership.com: "The Receiver has **NOT** endorsed this lawsuit or **ANY** other third party lawsuit." In August 2022, the Receiver provided notice to over 60,000 potential claimants of the anti-litigation provision in the Preliminary Injunction. Based on the wide distribution of that notice, and the specific reference in your pleading to a forfeiture-related order in the criminal case against Mr. Alexandre, I believe that you are aware of the Preliminary Injunction. Even if that was not so prior to receiving this letter, I am now specifically notifying you of the anti-litigation provision that your lawsuit violates.

In light of the foregoing, I respectfully request that you voluntarily dismiss your lawsuit pursuant to Rule 41 by May 30, 2023. If you fail to do so, I will seek relief – including contempt sanctions – from Judge Caproni.

Respectfully submitted,

/s/ Emil Bove
Emil Bove

*Attorney for Eddy Alexandre*

Enclosures

Cc:   David Castleman
      (Via Email)

DocuSign Envelope ID: 64F697E8-2EEA-4E05-B256-9AA67952A3B

# EXHIBIT D



**IMPORTANT UPDATE:** The Receiver has recently become aware of a class action captioned *Joseph et al. v. GCC of 7th Day Adventist et al.*, No. 23 Civ. 21552 (S.D. Fla.), filed last month in federal court in Miami concerning EminiFX. The Receiver has **NOT** endorsed this lawsuit or **ANY** other third party lawsuit. In addition, EminiFX users are advised as follows:

1. The Receiver has **NOT** asked any EminiFX user to *pay any fee* in order to participate in the receivership or the claims process.
2. Participation in the Florida class action is **NOT** required to file a claim in the receivership. The upcoming claims process is *completely independent* of the Florida case (or any other third party lawsuit).
3. There is a litigation stay in place, as explained in the Notice of Receivership sent to you and available HERE.
4. Every EminiFX user has a right to retain their own counsel. They may choose to do so. They may choose not to do so.
5. If you have any questions, please email EminiFXInquiries@Stretto.com

**UPDATE:** The one-page Weekly Performance Reports of EminiFX can be found HERE. A copy of the entire Receiver's Financial Condition Report of EminiFX can be found HERE.

**UPDATE:** The Receiver has NOT provided any EminiFX user with a refund. He has not filed a distribution plan in this case, nor has he requested that the Court approve ANY distributions. Any information you have received to the contrary, including about a so-called '90-day' process, is incorrect.

| | |
|---|---|
| **From:** | |
| **To:** | Cronan NYSD Chambers |
| **Cc:** | |
| **Subject:** | Re: Case# United States v. Eddy Alexandre, 22 Cr. 326 (JPC) |
| **Date:** | Tuesday, July 4, 2023 10:12:08 PM |

**CAUTION - EXTERNAL:**

To the Honorable Judge Cronan:

Your Honor, I'm writing you this email for the purpose of revoking my character's letter to the defendant Eddy Alexandre in the subject case.  Your Honor I was completely blindsided by the defendant about all the details of this business under the name of EminiFX.  As the case unfolded from May 2022 to February 2023, I have found out that the defendant has used his charisma and ruse to mislead my family and I to invest in his business.  I'm convinced that the defendant Eddy Alexandre has lied  not only to my family and I,but also to the Haitian community, and EminiFX was a complete and fabricated scheme. As a result, I'm withdrawing the support letter that I sent via email to his lawyer.

Respectfully,


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

DocuSign Envelope ID: FA977175-FA33-4709-BAA3-415661995C62



June 19, 2023


To:         The Honorable Judge P. John
            500 Pearl Street
            New York, NY 10007
            CronanNYSDChambers@nysd.uscourts.gov

Case:       22-CR-00326-JPC

Re:         Letter Addressed by ███████████ on June 16, 2023

Honorable Judge Cronan,

My name is ███████████, the ███████ and unique ███████ of Eddy Alexandre and a member of EminiFX. While my relationship to the defendant might be of interest, I am afraid that I come before your honor with a much pressing matter. The letter sent to you by ███████████ while appearing on surface as anodyne, may actually conceal the true intensity of the sender, who has no legal standing either as a member in the investment club or as an attorney. This later might be a form of artifice to utilize the court as part of the heavy P.R. stunt by the offender, as part of his fraud conspiracy, by playing on the emotions of his vulnerable targets from the EMINIFX community for greed and power.

 It's my strong believe your honor, that ███████████ "The offender" might allegedly be involved in a major fraud conspiracy, involving a fraudulent class action lawsuit spearheaded by the offender himself, as he is currently providing legal advices, consult with potential plaintiffs, work heavily on recruiting prospective plaintiff for the class, and providing guarantees of success in exchange for soliciting $1,000 in upfront payment per participant, 10 years after he lost both his legal. The offender has admitted to talking to hundreds of potential victims, whom he is constantly grooming to hate the defendant, Eddy Alexandre, and are coaching both online and offline, to take a uniform position all across of his victim: To request the maximum sentence for Eddy Alexandre.

His endgame is to use your chamber as a marketing stunt to maintain a resemblance of legitimacy since he has absolutely no legal standing in the EminiFX case.

Wherefore, I plan on coming before you on Friday, June 23, 2023, with a "Leave to File an Amicus Curiae Brief for an Emergency Restraining Order against ███████████". Please kindly see the attached copy of a letter I sent to all parties to the case to require whether or not they

plan to oppose my motion. I intend to prove with supporting evidence that the severity of the crimes alleged are such that, a failure to issue a restraining order to prevent further damages, while a full investigation is conducted, the ensuing results could damage public interest beyond repair and justice could be impaired fundamentally in the case.



6/19/2023

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮ |
| **To:** | [Cronan NYSD Chambers](#) |
| **Subject:** | US v. Eddy Alexandre - Intent to File Amicus Brief |
| **Date:** | Tuesday, June 20, 2023 12:00:09 AM |
| **Attachments:** | [To Judge Cronan - 6.19.2023 (1).pdf](#) |

**CAUTION - EXTERNAL:**

Honorable Judge John P. Cronan,

My name is ▮▮▮▮▮▮▮▮, the ▮▮▮▮▮▮ of Eddy Alexandre. I believe a major conspiracy case may be interfering largely with a case before you and given the severity of the offenses and their potential adverse lasting effect on Justice and against public interest, please see an attached letter of intent to file an Amicus Brief this Friday, June 23, 2023, along with a request from the parties to advise whether they plan on filing any opposition.

Respectfully,

▮▮▮▮▮▮

P.S. Email is my preferred method of communication.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | ████ |
| **To:** | Cronan NYSD Chambers |
| **Cc:** | jared.lenow@usdoj.gov; nicholas.folly@usdoj.gov; ebove@csglaw.com |
| **Subject:** | Withdrawal of intent - Apologies |
| **Date:** | Tuesday, June 20, 2023 8:31:36 AM |

**CAUTION - EXTERNAL:**

Honorable Judge Cronan,

This is ████ with a prompt follow up on my previous letter to file an amicus brief sent via email a few hours ago. While my primary intention was to work in the interest of justice,  the truth is that I am not lawyer and I intended to file prose given the urgency of the situation according to my belief.

Based on initial feedback from qualified lawyer representing the parties in this case, the court could not grant the relief sought.

To save the time and resources of the court, I hereby withdraw my intent to file an amicus brief and will not contact the parties further on this matter. I kindly apologize to the court and the parties for being a distraction.


Respectfully,


████

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**
**To:** Cronan NYSD Chambers
**Subject:** Withdrawal of Support
**Date:** Sunday, June 4, 2023 9:10:43 AM

**CAUTION - EXTERNAL:**

Case #: 1:22-cr-00326-JPC

Dear Honorable Judge John P. Cronin,
I respectfully request to withdraw my support to defendant Mr. Eddy Alexandre in the above listed case. Your Honor,  I was completely blindsided by this man charisma and ruse when me, my family and friends threw our support behind him without knowing all the facts related to this case. Your Honor, I am now 100% convinced that everything Mr. Alexandre has said to us was all lies and the business was a complete and fabricated scheme. Due that effect your Honor,  I am withdrawing my support to this man and asking the court to punish him to the fullest of the law for his crimes.
Respectfully,

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.