# Exhibit I

| From: | |
|---|---|
| To: | Cronan NYSD Chambers |
| Subject: | Case #: 1:22-cr-00326-JPC |
| Date: | Tuesday, March 7, 2023 2:41:12 PM |

**CAUTION - EXTERNAL:**

NAME:

Greeting Honorable, Judge John Peter Cronan
Your Honor,

It took me a little while to send this email, however, I felt compelled to do so after what this man Mr. Alexandre did to my family and myself.
Your Honor, this man destroyed an entire community with his elaborated lies. He used the people's weakness such as God and the Bible to lure them in and ultimately rob us of our hard earn money. My family lost over a half of a million dollars in this Ponzi Scheme. Mr. Alexandre destroyed family. Broke marriages. separated children with parents. He caused people becoming homeless. We even heard people were trying to commit suicide due to this man elaborated lies. Calculated plan to defraud us. And well thought plan to fraudulently lure us in to bring money to him.
Your Honor, 10 years prison sentence would not have been enough to compensate Mr. Alexandre harm to the community, however, it is a start of his judgement day. Because I do believe that God is not done with him. "No one making a Mockery of God will go unpunished; No one."
I hope Your Honor, this man spend every single days and nights of his 10 years sentence without seeing a day of light.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.