# Exhibit J



June 16, 2023

Via First Class US Mail &
Email: CronanNYSDChambers@nysd.uscourts.gov

Honorable John P. Cronan
District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Eddy Alexandre**
Case No.: 22-CR-00326-JPC

Dear Judge Cronan:

I am writing on behalf of the 62,000 people whom Mr. Alexandre had robbed of their future. Mr. ALEXANDRE, aided and abetted by many unindicted co-conspirators, devised the most sophisticated Ponzi Scheme in the history of the Haitian American community, causing irreparable arms to thousands of families. With the assistance of at least a 100 religious leaders from the Seventh Day Adventist Church using EminiFX as a criminal enterprise, Eddy Alexandre collected well over $500 million dollars from the Haitian community.

Since the arrest of Mr. Alexandre, I have been providing information to the community about the case via my Youtube Channel, and Mr. Alexandre and his underlings from EminiFX continue to spread lies about the case and the crime he committed. He continues to raise money from gullible investors in violation of your order to cease and desist such activity. Because of those lies some people from his church continue to support him. But the great majority of the people he defrauded does not support him.

In the last few months, I have spoken to hundreds of people who told me their story about how they were coerced by their pastors to invest in EminiFX. One 68 years old woman invested her entire life saving and is now homeless. A 51 year old single mother of two teenagers mortgaged her home to invest in EminiFX because her pastor told her it was a good idea, and her house is now being foreclosed on because she is unable to pay her mortgage. There are thousands of similarly situated people who have been hurt by Eddy Alexandre. The community considers Eddy Alexandre a sociopath, a financial terrorist who used the Church and the bible to terrorize them.

On behalf of the victims, I am asking the court to sentence Eddy Alexandre to the maximum sentence possible. The court should set an example so others would learn that this kind of criminal behavior is unacceptable and will be severely punished. To sentence Mr. Alexandre to anything less than 10 years in prison would not only revictimized the victims, but it will send a terrible message to the community that it is acceptable to rob 62,000 people of their life savings and expect the court to show mercy with a light sentence. Eddy Alexandre deserves no mercy because he is a sociopath. We are asking this court to sentence Eddy Alexandre to 10 years in prison.

Respectfully,

███████