UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
:
:
            -v-                                                   :   22 Cr. 326 (JPC)
:
EDDY ALEXANDRE,                                                   :   ORDER
:
                      Defendant.                                  :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Attached to this Order are emails that the Court has received and reviewed concerning Defendant's sentencing.

      SO ORDERED.

Dated: July 18, 2023
       New York, New York

                                     JOHN P. CRONAN
                                United States District Judge

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **To:** | Cronan NYSD Chambers |
| **Subject:** | Good morning your honner |
| **Date:** | Monday, July 17, 2023 8:44:10 PM |

**CAUTION - EXTERNAL:**

This man is a scamer, even worse than Bernie Madoff.
He has been stealing from his community since Haiti, Eddy Alexandre, and his ▮▮▮▮▮ ▮▮▮▮▮

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** ▮
**To:** Cronan NYSD Chambers
**Subject:** Withdraw my Support letter to Defendant Mr.Eddy Alexandre
**Date:** Tuesday, July 18, 2023 10:56:51 AM

**CAUTION - EXTERNAL:**

Honorable Judge John P Cronan

Your Honor, I'm writing you this email to respectfully request to withdraw my character's letter to the defendant Eddy Alexandre in the subject case. Your Honor I was blindsided by the defendant about all the details of this business (EminiFX). As the case unfolded, I have found out that the defendant has used his charisma and ruse to mislead my family and I to invest in his fake business. I'm convinced that the defendant Eddy Alexandre has lied not only to my family and I, but also to the Haitian community. A community that he knows very well and uses our weakness to take everything we have been saving to prepare our retirement, our children's college fund, our homes. Your Honor EminiFX was a complete and fabricated scheme. As a result, I'm withdrawing the support letter that I sent via email to his lawyer.

Respectfully,



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.