UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
:
:
       -v-                      :    22 Cr. 326 (JPC)
:
EDDY ALEXANDRE,                                                    :    ORDER
:
       Defendant.                :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    At the sentencing hearing for Defendant that took place on July 18, 2023, the Court inadvertently imposed restitution in the amount of $213,829,276.73, which is $190,143.20 more than the figure requested by the Government at sentencing and included in Defendant's plea agreement—$213,639,133.53. Accordingly, the Court hereby gives notice of its intention to correct this error in its forthcoming judgment of conviction. *See* Fed. R. Crim. P. 36 ("After giving any notice it considers appropriate, the court may at any time correct . . . an error in the record arising form oversight or omission."). If either party objects to the issuance of a judgment imposing restitution in the amount of $213,639,133.53, or requests a hearing for the Court to restate its judgment as to restitution, it may do so in writing by July 21, 2023, at 5:00 p.m.

    SO ORDERED.

Dated: July 20, 2023
       New York, New York
                                              JOHN P. CRONAN
                                              United States District Judge