

CHIESA SHAHINIAN & GIANTOMASI PC

11 TIMES SQUARE, 34TH FLOOR
NEW YORK, NY 10036

csglaw.com

**EMIL BOVE**
ebove@csglaw.com
(O) 212.324.7265

August 24, 2023

Via ECF
The Honorable John P. Cronan
U.S. District Judge
Southern District of New York

  **Re:** <u>United States v. Alexandre, No. 22 Cr. 326 (JPC)</u>

Dear Judge Cronan:

  We write on behalf of Eddy Alexandre to request that he be permitted to surrender on Monday, August 28, 2023. The reason for this request is that, although the BOP designated Mr. Alexandre on August 17, he learned of the designation for the first time on August 23. The prosecutors and Pretrial Services consent to this request.

              Respectfully submitted,

              /s/ Emil Bove
              Emil Bove
              Brittany Manna
              Chiesa Shahinian & Giantomasi PC

              *Attorneys for Eddy Alexandre*

Cc: Counsel of Record
   (Via ECF)