

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

**MELISSA F. WERNICK**
Member

mwernick@csglaw.com

O 973.530.2157          F 973.530.2357

July 19, 2024

*Via ECF*
Honorable John P. Cronan
United States District Judge
Southern District of New York
New York, New York 10007

      Re:    U.S. v. Alexandre (22-cr-326 (JPC))

Dear Judge Cronan:

      As you are aware, this firm previously represented Mr. Alexandre. I respectfully submit this letter in response to Mr. Alexandre's *pro se* motions. (Dkt. Nos. 121-22) and Mr. Alexandre's most recent correspondence dated July 8, 2024, which is addressed to Your Honor.

      On June 18, 2024, this firm advised Mr. Alexandre that our office had isolated approximately 4,000 pages of documents from our files in connection with both the criminal and civil matter (22-cv-3822 (VEC). Given the size of the file and the cost of reproduction, our office asked Mr. Alexandre to confirm whether the Allenwood Correctional Institute would permit an electronic file transfer or otherwise accept such a large volume of documents.

      On July 16, 2024, this firm received an "Authorization to Receive Package or Property" from the Allenwood Correctional Institute, which authorized Mr. Alexandre to receive one set of the approximately 4,000 pages of documents in Mr. Alexandre's case file. Immediately, upon receipt of the authorization, this office arranged for the hard copy production of Mr. Alexandre's case file in both the criminal matter and the separate CFTC matter. As of the date of this letter, this firm sent the hard copy production to Mr. Alexandre's attention at the Allenwood Correctional Institute. Please note that discovery files subject to the Protective Order (Dkt. No. 19) were not included.

      Respectfully,

      *Melissa F. Wernick*

      Melissa F. Wernick
      Member

Honorable John P. Cronan
July 19, 2024
Page 2

Cc: Eddy Alexandre/00712-510
   FCC Allenwood-LSCI
   P.O. Box 1000
   White Deer, PA. 17887

   Emil Bove, Esq. (Blanche Law)