UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x
                                                       :
UNITED STATES OF AMERICA,            :

              - v. -                                  :       22 Cr. 326 (JPC)

EDDY ALEXANDRE,                       :

                Defendant.             :
------------------------------------------------------ x
                                                       :
EDDY ALEXANDRE,                       :

              Petitioner,             :

              - v. -                                  :       24 Civ. 5767 (JPC)

UNITED STATES OF AMERICA,            :
------------------------------------------------------ x

       WHEREAS Petitioner Eddy Alexandre has moved for relief from his conviction pursuant to 28 U.S.C. § 2255 on the ground of ineffective assistance of counsel; and

       WHEREAS the Government, after reviewing the motion papers, has concluded that the testimony of Petitioner's former counsel, Emil Bove, Esq., will be needed in order to allow the Government to respond to the motion; and

       WHEREAS the Court, after reviewing the motion papers, is satisfied that the testimony of Mr. Bove is needed in order to allow the Government to respond to the motion; and

       WHEREAS by making the motion, the movant has waived the attorney client privilege as a matter of law,

IT IS HEREBY ORDERED that no later than **February 28, 2025**, Alexandre must sign and return to this Court the accompanying "Attorney-Client Privilege Waiver (Informed Consent)" form. If the document is not received by the Court by February 28, 2025, the Court will deny Alenxandre's § 2255 motion on the ground that Alexandre failed to authorize the disclosure of information needed to permit the Government to respond to the motion.

IT IS FURTHER ORDERED that no later than **March 30, 2025**, Emil Bove Esq. shall give sworn testimony, in the form of an affidavit, addressing the allegations of ineffective assistance of counsel made by movant.

IT IS FURTHER ORDERED that the Government shall respond to Alexandre's motion by **April 14, 2025**. Alexandre shall have until **May 16, 2025**, to file a reply. Absent further order, the motion will be considered fully submitted as of that date.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this Order (including the attached Informed Consent form) to Alexandre and to note the mailing on the docket.

SO ORDERED

Dated: December 30, 2024

New York, New York

_____
HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE