UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
:
:
-v-  :     22 Cr. 326 (JPC)
:     24 Civ. 5767 (JPC)
EDDY ALEXANDRE, :
:     ORDER
:
Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 30, 2024, the Court ordered that, no later than March 30, 2025, Emil Bove, Esq., former counsel for Eddy Alexandre, shall give sworn testimony, in the form of an affidavit, addressing the allegations of ineffective assistance of counsel made by Alexandre.  Dkt. 136 at 2.  The Court extends that deadline to April 18, 2025.  The Government shall respond to Alexandre's motion by May 2, 2025, and Alexandre shall have until June 6, 2025, to file a reply.  The Clerk of Court is respectfully directed to mail a copy of this Order to Alexandre and to note the mailing on the docket.

SO ORDERED.

Dated: April 10, 2025
       New York, New York                         _____
                                                  JOHN P. CRONAN
                                                  United States District Judge