

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javitz Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 1, 2025

**BY ECF**
The Honorable John P. Cronan
Southern District of New York
500 Pearl Street
New York, New York 10007

  **Re:** *United States v. Eddy Alexandre*, **22 Cr. 326 (JPC)**
     *Eddy Alexandre v. United States*, **24 Civ. 5767 (JPC)**

Dear Judge Cronan:

  The Government's response to Eddy Alexandre's habeas petition is currently due tomorrow, May 2, 2025.  The Government respectfully requests a one-week extension to allow it further time to consider the affidavit filed by Alexandre's former defense counsel, which was submitted on April 18, 2025.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

     by: s/_____
       Jared Lenow
       Assistant United States Attorney
       (212) 637-1068

cc:

Eddy Alexandre, Register No. 00712-510
Allenwood Low FCI
Federal Correctional Institution
P.O. Box 1000
White Deer, PA 17887

The request is granted.  The Government shall respond to Alexandre's motion by May 9, 2025, and Alexandre shall have until June 13, 2025, to file a reply. The Clerk of Court is respectfully directed to mail a copy of this Order to Alexandre and to note the mailing on the docket.  The Clerk of Court is further respectfully directed to close docket number 140.

SO ORDERED
May 2, 2025
New York, New York

        _____
        JOHN P. CRONAN
        United States District Judge