

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javitz Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 14, 2025

**BY ECF**
The Honorable John P. Cronan
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**   *United States v. Eddy Alexandre*, 22 Cr. 326 (JPC)
            *Eddy Alexandre v. United States*, 24 Civ. 5767 (JPC)

Dear Judge Cronan:

    The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

                              Respectfully submitted,

                              JAY CLAYTON
                              United States Attorney

                    by:        /s       
                             Jared Lenow
                             Assistant United States Attorney
                             (212) 637-1068

    The request is granted. The Court thanks Mr. Lenow for his service and wishes him the best in the future. The Clerk of Court is respectfully directed to terminate Mr. Lenow as counsel of record in this case.

SO ORDERED
May 15, 2025
New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge