UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -

EDDY ALEXANDRE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:  **AMENDED PRELIMINARY**
:  **ORDER OF FORFEITURE AS TO**
:  **CERTAIN SPECIFIC PROPERTY**
:
:  22 Cr. 326 (JPC)
:
:

WHEREAS, on or about June 9, 2022, EDDY ALEXANDRE (the "Defendant"), was charged in a two-count Indictment, 22 Cr. 326 (JPC) (the "Indictment") with commodities fraud, in violation of Title 7, United States Code, Sections 9(1) and 13(a), Title 17, Code of Federal Regulations, Section 180.1, and Title 18, United States Code, Section 2 (Count One); and wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Two);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One and Two of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Two of the Indictment and, *inter alia*, the following specific property:

        a.      Bank of America account held in the name of EminiFX with account number ending in 3742 (the "Subject Account");

WHEREAS, on or about February 10, 2023, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c): (i) a sum of money equal to $248,829,276.73 in United States currency, representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment; and (ii) all right, title and interest of the Defendant in, *inter alia*, the Subject Account;

WHEREAS, on or about February 10, 2023, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgement (the "Preliminary Order of Forfeiture") which ordered the forfeiture to the United States of a sum of money equal to $248,829,276.73 in United States currency (the "Money Judgment"), representing the amount of proceeds obtained as a result of the offense alleged in Count One of the Indictment, and forfeiting all right, title, and interest of the Defendant in, *inter alia*, the Subject Account;

WHEREAS, following the entry of the Preliminary Order of Forfeiture, the Government was advised that the Subject Account is incorrectly described and should be amended to reflect the following:

a. Bank of America account held in the name of EminiFX with account number ending 3762;

(the "Corrected Subject Account");

WHEREAS, the Government requests, pursuant to Rule 36 of the Federal Rules of Criminal Procedure, that the Court amend the Preliminary Order of Forfeiture, to correct the typographical error in describing the Subject Account;

WHEREAS, the Government seeks the forfeiture of the Defendant of all his right, title and interest in the Corrected Subject Account, as property constituting proceeds traceable to the offense charged in Count One of the Indictment;

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Corrected Subject Account to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein; and

WHEREAS, the Preliminary Order of Forfeiture is to be corrected only as to the Corrected Subject Account, and the Preliminary Order of Forfeiture should in all other respects remain unchanged and fully incorporated herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Corrected Subject Account is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Amended Preliminary Order of Forfeiture as to Certain Specific Property is final as to the Defendant EDDY ALEXANDRE and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      Upon entry of this Amended Preliminary Order of Forfeiture as to Certain Specific Property, the United States (or its designee) is hereby authorized to take possession of the Corrected Subject Account and to hold such property in its secure custody and control.

4.      Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov.   This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days.  Any person, other than the Defendant, claiming interest in the Corrected Subject Account must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5.      The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Corrected Subject Account, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Corrected Subject Account, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Corrected Subject Account, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6.      Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7.      Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Corrected Subject Account pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.  All assets in the Corrected

Subject Account forfeited to the United States under a Final Order of Forfeiture shall be applied towards the satisfaction of the Money Judgment.

8.     The Preliminary Order of Forfeiture is corrected only as to the Corrected Subject Account, and the Preliminary Order of Forfeiture should in all other respects remain unchanged and fully incorporated herein;

9.     The Court shall retain jurisdiction to enforce this Amended Preliminary Order of Forfeiture as to Certain Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

_____                    February 20, 2026
HONORABLE JOHN P. CRONAN                            DATE
UNITED STATES DISTRICT JUDGE